IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 MAR 25 PM 12:22
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

In the Matter of:

LEE, ROBERT WESLEY
LEE, VIVIAN ANN

                         Debtors

JUDGE RUSS KENDIG
Chapter 7
Case No.: 05-64804

## TRANSMITTAL OF UNCLAIMED FUNDS

Josiah L. Mason, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| CLAIM NO. | CREDITOR NAME | CREDITOR ADDRESS | AMOUNT |
|---|---|---|---|
| 7 | Akron Pathology | 21755 Brookpark Dr. | $15.77 |
| | | Fairview Park, OH 44126 | |

2. Your trustee's check for $15.77 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: March 23, 2010

/s/ Josiah L. Mason
#0002549

```
UNITED STATES
BANKRUPTCY COURT
Northern District of Ohio
Canton Division

R#1 - 000605565 - SESHE
March 25, 2010 12:23:52

Code    Case #             Qty    Amount
UF - UNCLAIMED FUNDS
        05-64804            1@    $15.77CK
        Debtor - LEE

TOTAL   -->         $15.77
TEND    -->          15.77
CHANGE  -->           0.00

FROM: JOSIAH L MASON
      153 W MAIN ST
      P O BOX 345
      ASHLAND  OH  44805
```